#### 4280.  AVERY v. THE STATE.

POTTLE, J.  1. A ground of a motion for new trial, based upon alleged newly discovered evidence, need not be formally approved by the trial judge in the sense that the recitals of fact contained in the affidavits offered in support of the ground are verified as true.  The reviewing court will pass upon a ground of the motion for new trial, based upon alleged newly discovered evidence, if it appears that this ground was presented to and considered by the trial judge and that the affidavits offered in support thereof were likewise considered by the judge.  Where, however, the record discloses that the trial judge refused to approve such a ground of a motion for a new trial, and nothing more appears, it will be presumed that for some good and sufficient reason the trial judge refused to consider the ground of the motion and the evidence offered in support thereof.

2. A ground of a motion for new trial, based upon alleged newly discovered evidence which is impeaching in its nature, presents no sufficient reason for granting a new trial, and especially is this true where the impeaching evidence relates to proof of a specific act tending to show the bad character of a witness, evidence of which would not be admissible even if a new trial should be granted.

3. The evidence supports the verdict.  ·

> Judgment affirmed.  Russell, J., absent because of illness.
> DECIDED AUGUST 6, 1912.

Indictment for sale of liquor; from Cobb superior court—Judge Morris.  May 11, 1912.

Mozley & Moss, for plaintiff in error.

J. P. Brooke, solicitor-general, contra.

---

#### 4281.  HOLLINGSWORTH v. MAYOR AND COUNCIL OF CARROLLTON.

HILL, C. J.  The petition for certiorari complains of no error of law, but only that the finding of the municipal court was without any evidence to support it.  There being direct evidence that the accused was guilty as charged, this court will not interfere with the refusal of the judge of the superior court to sanction the writ of certiorari.

> Judgment affirmed.  Russell, J., absent because of illness.
> DECIDED AUGUST 6, 1912.

Certiorari; from Carroll superior court—Judge R. W. Freeman.  May 27, 1912.

Buford Boykin, for plaintiff in error.  Emmett Smith, contra.